No. 67887.—B. A. McKenzie & Co., Inc. v. United States, protest 60/28085 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 11, 1963

No. 67888.—Devon Tape Corp. v. United States, protests 61/14539 and 61/14714 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plain transparent vinyl tape coated on one side with an india rubber adhesive, which tape is more similar to colorless transparent cellulose acetate tape, the claim of the plaintiff was sustained.